FILED ____ ENTERED
LODGED ____ RECEIVED

DEC 13 2005

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

Curtis Thompson
(Name of Plaintiff)

**CV05 2064 JLR**
**MJB**

vs.

Scott O'Toole - King Co. Prosecutor  516 3rd Ave. Seattle, WA 98104
Kyle Kizzer - Seattle Police Dept. 610 5th Ave. Seattle, WA 98124
Donna Stangeland - Seattle Police Dept. 610 5th Ave. Seattle, WA 98124
The Defenders Association (Richard Warner, Mark Adair) 810 3rd Ave. 8th Floor Seattle, WA 98104
(Names of Defendants)

CIVIL RIGHTS COMPLAINT BY A PRISONER UNDER 42 U.S.C. § 1983

### I. Previous Lawsuits:

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner:

☒ Yes   ☐ No

B. If your answer to A is yes, how many?: **ONE**   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff  Curtis S Thompson

   Defendants  Christine Gregoire; Robert Shilling

1

05-CV-02064-CMP

2. Court (give name of District) _Western Wash._

3. Docket Number _C05-1600RSL-MJB_

4. Name of judge to whom case was assigned _?_

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?) _Still Pending_

6. Approximate date of filing lawsuit _10/05_

7. Approximate date of disposition _____

II. **Place of Present Confinement:** _King County Jail_

   A. Is there a prisoner grievance procedure available at this institution?   ☒ Yes   ☐ No

   B. Have you filed any grievances concerning the facts relating to this complaint?   ☐ Yes   ☒ No
   If your answer is NO, explain why not _Not Jail Policy_

   C. Is the grievance process completed?   ☒ Yes   ☐ No

   If your answer is YES, **ATTACH A COPY OF THE FINAL GRIEVANCE RESOLUTION** for any grievance concerning facts relating to this case.

III. **Parties to this Complaint**

   A. Name of Plaintiff: _Curtis S Thompson_   Inmate No.: _204033312_
   Address: _500 5th Ave. Seattle, WA 98104_

   (In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

   B. Defendant _Scott O'Toole_ ; official position _King Co. Prosecutor_
   place of employment _516 3RD Ave - Courthouse_

2

C. Additional defendants **Kyle Kizzer - Seattle Police Dept**
   **610 5th Ave. Seattle, WA 98124**

   **Donna Stangeland - Seattle Police Dept.**
   **610 5th Ave. Seattle, WA 98124**

   **The Defenders Association (Richard Warner, Mark Adair)**
   **810 3rd Ave. 8 Floor Seattle, WA 98104**

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

On 8/26/04 (S.P.D.) Detectives Donna Stangeland & Kyle Kizzer served a search warrant on my apartment at 4747 Roosevelt Way N.E. The search warrant said they had 10 days to enter my apartment but they held it for 3 months while I was in jail & would not let my mother or landlord into apartment. I had to pay this additional 3 months rent because my property was there & the Seattle Police Dept. would not release it. They also with the King County Prosecutor Scott O'Toole took property from my person & my apartment that has not proven of any evidentuary value & will not release it as of 12/1/05. I would also like to address a conspiracy by the Seattle Police Dept. & King County Prosecutors Office for Libel & Slander, as well as withholding evidence of this by not turning over all files, E-mails, & correspondance that I have requested from them by means of the Freedom of Information Act, & the Privacy Act as of 8/2/05. There are violations of my Due Process & Equal Protection Rights (Constitutional V, VIII, IX). I also would like to include my Attorney's Richard Warner & Mark Adair as co-conspirators for not addressing these violations in the year & one half that they have represented me (Constitutional VI). I would like court order from the Federal Judge to order the Washington State Bar Asso. to give me all records of ineffective assistance of counsel by the Defenders Association of King County. I know they are also working against me & want their E-mails & files on me to show their non-investagative work & withholding evidence. Under Monell, (Government Conspiracy) I order all Agencies records. Also Excessive use of force by the Seattle Police Dept. during 8/23/04 Arrest.

3

## V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like the court to order All property of mine Not Needed for Criminal Proceedings or that they have taken pictures of, & have statements for, to be Released to my family. I would also like to be paid for this Rent I had to pay of $825.00 Plus Pain & suffering to me & my family for this violation of Due Process & Equal Protection. I would also like All files, E-mails, & correspondance concerning me by the Seattle Police Dept, & The King Co. Prosecutor's Office, & Also between The Defenders Association & These Government officials.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __1__ day of __December__, 19 __2005__

_____
Curtis A. Thompson
(Signature of Plaintiff)

4

(Copy - Attorney General)
U.S. District Court - Western District of Washington
Civil Rights Complaint - 42 U.S.C. § 1983

Curtis S. Thompson; Plaintiff
vs.
Scott O'Toole - King County Prosecutor
Kyle Kizzer - Detective, Seattle Police Dept.
Donna Stangeland - Detective, Seattle Police Dept.
Richard Warner, Mark Adair - The Defenders Association
(Defendants)

Statement of Claim;

On 8/26/04 Detectives Kyle Kizzer & Donna Stangeland, of the Seattle Police Dept. served a Search Warrant on my apartment at 4747 Roosevelt Way N.E. The Search Warrant said they had 10 days to enter my apt., but they held it for 3 months while I was in jail, & would not let my mother or landlord into apt. I had to pay this additional 3 months rent because my property was there, & the Seattle Police Dept. would not release it. They also with King County Prosecutor Scott O'Toole took property from my person & my apt. that has not proven

(Page 2 - Attorney General)

Any evidentuary value, & will not release it as of 12/1/05. I would also like to address a conspiracy by The Seattle Police Dept. & King Co. Prosecutors Office for Libel & Slander, as well as withholding evidence of this, by not turning over all files, E-mails, & correspondance that I have requested from them by means of The Freedom of Information Act, & The Privacy Act, as of 8/2/05. These are violations of my Due Process, & Equal Protection Rights (Constitutional I, VIII, IX) I would also like to include my attorneys Richard Warner, & Mark Adair (Defenders Assoc.) as co-conspirators for not addressing these violations in the year + one half that they have represented me (Constitutional II). I would like a Court Order from the Federal Judge to order The Washington Bar Association to give me all Records of ineffective assistance of counsel against the Defenders Association of King Co. Under Monell I request all Records involving me from these agencies, including files, reports, E-mails, & casework, to show Government Conspiracy. Also Excessive use of Force by Seattle Police Dept. on 8/23/04 arrest.

    Curtis L. Thompson; Plaintiff   12/10/05

(Copy - Scott O'Toole - King Co. Prosecutor)
U.S. District Court - Western District of Washington
Civil Rights Complaint - 42 U.S.C. § 1983

Curtis S. Thompson, Plaintiff
vs.
Scott O'Toole - King Co. Prosecutor; Defendant
516 3rd Ave. Seattle, WA 98104

Statement of Claim:

On 8/26/04 Seattle Police Dept Detectives Donna Stangeland, & Kile Kizzer served a Search Warrant on my Apartment at 4747 Roosevelt Way N.E. The Search Warrant said they had 10 days to enter my Apt., but they held it for 3 months while I was in Jail, & would not let my mother or landlord into Apt. I had to pay this additional 3 months rent because my property was there, & the Seattle Police Dept. would not release it. They also with King County Prosecutor Scott O'Toole, took property from my person, & my apt. that has not proven of any evidentuary value.

(page 2 - Scott O'Toole)
& will not release it as of 12/1/05. I would also like to address a conspiracy by the Seattle Police Dept. & King Co. Prosecutors Office for Libel & Slander, as well as withholding evidence of this, by not turning over all files, E-mails, & correspondance that I have requested from them by means of The Freedom of Information Act, & The Privacy Act, as of 8/2/05. These are violations of my Due Process, & Equal Protection Rights (Constitutional V, VIII, IX). I would also like to include my attorney's Richard Warner, & Mark Adair (Defenders Assoc.) as co-conspirators for not addressing these violations in the year & one half that they have represented me (Constitutional III). I would like a court order from the Federal Judge to order The Washington Bar Assoc. to give me all records of ineffective assistance of counsel against The Defenders Association of King County. Under Monell, I request all records involving me from these agencies, including files, reports, E-mails, & case work to show Government Conspiracy. Also Excessive use of Force by Seattle Police Dept. on 8/23/04

Curtis A. Thompson, Plaintiff      12/10/05

(copy - Kyle Kizzer - S.P.D. Det.)
U.S. District Court - Western District of Washington
Civil Rights Complaint - 42 U.S.C. § 1983

Curtis S. Thompson; Plaintiff
vs.
Kyle Kizzer - Detective, Seattle Police Dept
610 5th Ave. Seattle, WA 98124
(Defendant)

Statement of Claim;

On 8/26/04 Seattle Police Detectives Donna Stangland, & Kyle Kizzer served a Search Warrant on my Apartment at 4747 Roosevelt Way N.E. The Search Warrant said they had 10 days to enter my apt., but they held it for 3 months while I was in jail, & would not let my mother or landlord into apt. I had to pay this additional 3 months rent because my property was there, & the Seattle Police Dept. would not release it. They also with King County Prosecutor Scott O'Toole, took property from my person, & my apt. that has not proven of any evidentary value, & will not release it as of 12/1/05.

(page 2 - Kyle Kizzar)

I would also like to address a conspiracy by the Seattle Police Dept. & King Co. Prosecutors Office for Libel & Slander, as well as withholding evidence of this, by not turning over all files, E-mails, & correspondance that I have requested from them by means of the Freedom of Information Act, & The Privacy Act, as of 8/2/05. These are violations of my Due Process & Equal Protection Rights (Constitutional I, VIII, IX). I would also like to include my Attorney's Richard Warner, & Mark Adair (Defenders Association) as co-conspirators for not addressing these violations in the year & one half that they have represented me (Constitutional VI). I would like a Court order from The Federal Judge to order The Washington Bar Association to give me all records of ineffective assistance of counsel against The Defenders Association of King County. Under Monell, I request all records involving me from these agencies, including files, reports, E-mails, & case work to show Government Conspiracy. Also Excessive use of Force by Seattle Police Dept. on 8/23/04 Arrest

Curtis A Thompson, Plaintiff    12/10/05

(Copy - Donna Stangeland - S.P.D. Det.)
U.S. District Court - Western District of Washington
Civil Rights Complaint - 42 U.S.C. § 1983

Curtis S. Thompson; Plaintiff
vs.
Donna Stangeland - Detective, Seattle Police Dept.
   610 5th Ave. Seattle, WA 98124
(Defendant)

Statement of Claim;

On 8/26/04 Seattle Police Detectives Donna Stangland, & Kyle Kizzer served a Search Warrant on my apartment at 4747 Roosevelt Way N.E. The Search Warrant said they had 10 days to enter my Apt., but they held it for 3 months while I was in jail, & would not let my mother or landlord into apt. I had to pay this additional 3 months rent because my property was there, & the Seattle Police Dept. would not release it. They also with King County Prosecutor Scott O'Toole, took property from my person, & my Apt. that has not proven any evidentiary value, & will not release it as of 12/1/05.

(page 2 - Donna Stangeland)
I would also like to address a conspiracy by the Seattle Police Dept. & King Co. Prosecutors Office for Libel & Slander, as well as with-holding evidence of this, by not turning over all files, E-mails, & correspondence that I have requested from them by means of The Freedom of Information Act & The Privacy Act, as of 8/2/05. These are violations of my Due Process & Equal Protection Rights (Constitutional VI, VIII, IX). I would also like to include my Attorney's Richard Warner & Mark Adair (Defenders Association) as Co-Conspirators for not addressing these violations in the year & one half that they have Represented me (Constitutional VI). I would like a Court Order from the Federal Judge to order The Washington Bar Association to give me all Records of ineffective assistance of counsel against The Defenders Association of King County. Under Monell, I request all Records involving me from these agencies, including files, Reports, E-mail, & casework to show Government Conspiracy. Also Excessive use of Force by Seattle Police Dept on 8/23/04 arrest.
Curtis L. Thompson, Plaintiff    12/10/05

(Copy - The Defenders Association)
U.S. District Court - Western District of Washington
Civil Rights Complaint - 42 U.S.C. § 1983

Curtis S. Thompson, Plaintiff
vs.
Richard Warner, Mark Adair (The Defenders Asso.)
(Defendants) 810 3rd Ave. Seattle, WA 98104

Statement of Claim;

On 8/26/04 Seattle Police Detectives Donna Stangeland, & Kyle Kizzer served a Search Warrant on my apartment at 4747 Roosevelt Way N.E. The Search Warrant said they had 10 days to enter my Apt., but they held it for 3 months while I was in jail, & would not let my mother or landlord into Apt. I had to pay this additional 3 months rent because my property was there, & The Seattle Police Dept. would not release it. They also with King County Prosecutor Scott O'Toole, took property from my person, & my Apt. that has not proven any evidentuary value, & will not release it as of 12/1/05. I would also like to address a conspiracy by the Seattle Police Dept & King Co.

(page 2 - Defenders Assoc.)
Prosecutors Office for Libel & Slander, as well as withholding evidence of this, by not turning over all files, E-mails, & correspondance that I have requested from them by means of the Freedom of Information Act & The Privacy Act, as of 8/2/05. These are violations of my Due Process & Equal Protection Rights (Constitutional II, VIII, IX). I would also like to include my Attorneys Richard Warner, & Mark Adair (Defenders Association) as co-conspirators for not addressing these violations in the year & one half that they have represented me (Constitutional II). I would like a court order from the Federal Judge to order The Washington Bar Association to give me all records of ineffective assistance of counsel against The Defenders Association of King County. Under Monell, I request all records involving me from these agencies, including files, reports, E-mails, & case work to show Government Conspiracy. Also Excessive use of Force by Seattle Police Dept. on 8/23/04 arrest.

Curtis A. Thompson; Plaintiff  12/10/05

(Copy - Curtis S. Thompson; Plaintiff)
U.S. District Court - Western District of Washington
Civil Rights Complaint - 42 U.S.C. § 1983

Curtis S. Thompson; Plaintiff
  vs.
Scott O'Toole - King County Prosecutor
Kyle Kizzer - Detective, Seattle Police Dept.
Donna Stangeland - Detective, Seattle Police Dept.
Richard Warner, Mark Adair - The Defenders Association
  (Defendants)

Statement of Claim;

On 8/26/04 Detectives Kyle Kizzer & Donna Stangeland of the Seattle Police Dept. served a Search Warrant on my apartment at 4747 Roosevelt Way N.E. The Search Warrant said they had 10 days to enter my apt., but they held it for 3 months while I was in jail, & would not let my mother or landlord into apt. I had to pay this additional 3 months rent because my property was there & the Seattle Police Dept. would not release it. They also with King County Prosecutor Scott O'Toole took property from my person, & my apt. that

(page 2 - Curtis S. Thompson)
has not proven any evidentiary value, & will not release it as of 12/1/05. I would also like to address a conspiracy by The Seattle Police Dept. & King Co. Prosecutors Office for libel & slander, as well as withholding evidence of this, by not turning over all files, E-mails, & correspondence that I have requested from them by means of The Freedom of Information Act, & The Privacy Act, as of 8/2/05. These are violations of my Due Process, & Equal Protection Rights (Constitutional II, VIII, IX). I would also like to include my Attorney's, Richard Warner, & Mark Adair (Defenders Assoc.) as Co-Conspirators for not addressing these violations in the year & one half that they have represented me (Constitutional II). I would like a court order from the Federal Judge to order The Washington Bar Association to give me all records of ineffective assistance of counsel against The Defenders Association of King County. Under Monell, I request all records involving me from these agencies, including files, reports, E-mails, & casework, to show Government Conspiracy. Also Excessive use of Force by Seattle Police Dept. on 8/23/04 arrest. Curtis S. Thompson; Plantiff
12/10/05