```
       FILED       ENTERED
       LODGED      RECEIVED

          AUG - 4 2006

         AT SEATTLE
     CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
                          DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CURTIS S. THOMPSON, | ) |
| Plaintiff, | ) CASE NO.  C05-2064-JLR |
| v. | ) |
| REED HOLTGEERTS, et al., | ) ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF |
| Defendants. | ) |

The Court, having reviewed plaintiff's civil rights complaint, plaintiff's motion for preliminary injunctive relief, the Report and Recommendation of Judge Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's motion for preliminary injunctive relief (Dkt. No. 11) is DENIED.

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Monica J. Benton.

DATED this 4th day of _____August_____, 2006.

                                    /s/ James L. Robart
                                    JAMES L. ROBART
                                    United States District Judge

ORDER

05-CV-02064-ORD