05-CV-02064-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CURTIS S. THOMPSON, | ) |
| Plaintiff, | ) CASE NO.   C05-2064-JLR |
| v. | ) |
| SCOTT O'TOOLE, et al., | ) ORDER GRANTING DEFENDANT |
| | ) HIGA'S MOTION FOR SUMMARY |
| Defendants. | ) JUDGMENT |

The Court, having reviewed plaintiff's amended civil rights complaint, defendant Higa's motion for summary judgment, plaintiff's motion to amend his complaint, the original and the supplemental Report and Recommendation of Judge Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts both the original and the supplemental Report and Recommendation.

(2) Defendant Higa's motion for summary judgment (Dkt. No. 43) is GRANTED.

(3) Plaintiff's motion to amend his complaint (Dkt. No. 54) is DENIED.

(4) Plaintiff's amended complaint and this action are DISMISSED, with prejudice, as to

ORDER GRANTING DEFENDANT
HIGA'S MOTION FOR SUMMARY
JUDGMENT - 1

1    defendant Higa.

2    (5)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for

3    defendants, and to the Honorable Monica J. Benton.

4    DATED this 19th day of _____June_____, 2007.

JAMES L. ROBART
United States District Judge

25   ORDER GRANTING DEFENDANT
     HIGA'S MOTION FOR SUMMARY
26   JUDGMENT - 2