01
02
03
04
05

06          UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
07                    AT SEATTLE

08 CURTIS S. THOMPSON,              )   CASE NO. C05-2064-JLR-MAT
                                    )
09        Plaintiff,                )
                                    )
10    v.                            )   ORDER RE: PLAINTIFF'S REQUEST
                                    )   TO LIFT STAY AND AMEND
11 OFC. BURACH, et al.,             )   COMPLAINT
                                    )
12        Defendants.               )
                                    )
13

14        This is a civil rights action brought under 42 U.S.C. § 1983. On July 11, 2008, the Court

15 received from plaintiff a letter in which he complained that a motion he filed in this action in April

16 2008, was improperly forwarded to the Ninth Circuit Court of Appeals and was never ruled on

17 by this Court. A review of the Court's records reveals that it did receive a document from plaintiff

18 on April 24, 2008. While plaintiff did not identify the document as a motion, a close review of the

19 document reveals that it was plaintiff's intent to seek relief from this Court. Specifically, plaintiff

20 requested that this Court lift the stay that was ordered in May 2007, and that he be permitted to

21 amend his complaint to add new claims and new defendants to this action.

22        The Court has now reviewed plaintiff's April 24, 2008, request for relief, and does hereby

ORDER RE: PLAINTIFF'S REQUEST TO
LIFT STAY AND AMEND COMPLAINT
PAGE -1

ORDER as follows:

(1)   Plaintiff's request to lift the stay and to amend his complaint (Dkt. No. 105) is DENIED.  Any document requesting some form of specific relief from the Court must be filed as a motion in accordance with the provisions of Local Rule CR 7.  Plaintiff did not file his request as a motion nor did he provide proof that he had served his motion on counsel for defendants as required by Local Rule CR 7(b)(1).[1]  Plaintiff may re-file his motion only after carefully reviewing the provisions of Local Rule CR 7.

Plaintiff is advised that if he elects to re-file the instant request for relief, specifically his request to amend his complaint, he must submit to the Court in conjunction with his motion a proposed amended complaint.  The Court will strike any motion to amend that is not accompanied by a proposed amended complaint.

(2)   The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable James L. Robart.

DATED this 17th day of July, 2008.

Mary Alice Theiler
United States Magistrate Judge

---

[1] Plaintiff is advised that in order to avoid future confusion, he should clearly identify any request for relief as a "Motion" in the caption of the document.

ORDER RE: PLAINTIFF'S REQUEST TO
LIFT STAY AND AMEND COMPLAINT
PAGE -2