UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CURTIS S. THOMPSON, | ) | CASE NO. C05-2064-JLR-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DIRECTING RESPONSE TO |
| | ) | PLAINTIFF'S MOTION TO LIFT |
| OFFICER BURACH, et al., | ) | STAY |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This is a civil rights action brought under 42 U.S.C. § 1983. On December 10, 2008, the Court received from plaintiff a motion to lift the stay which was imposed by Order dated May 9, 2007. (Dkt. No. 116 at 1.) Plaintiff asserts in his motion that the stay is prejudicial and that there is no good reason to allow the stay to continue at this juncture. (*Id*.) Plaintiff noted his motion on the Court's calendar for consideration on January 2, 2009. To date, defendants have not filed a response to that motion. The Court believes that a response from defendants would aid the Court in its disposition of the instant motion.

Accordingly, this Court does hereby ORDER as follows:

(1)    The King County defendants shall file a response to plaintiff's motion to lift the stay not later than ***March 2, 2009***.

(2)    Plaintiff's motion to lift the stay (Dkt. No. 116) is RE-NOTED on the Court's

ORDER DIRECTING RESPONSE TO
PLAINTIFF'S MOTION TO LIFT STAY
PAGE -1

01 calendar for consideration on ***March 6, 2009***.

02         (3)        The Clerk shall send copies of this Order to plaintiff, to counsel for defendants, and

03 to the Honorable James L. Robart.

04         DATED this <u>12th</u> day of February, 2009.

05

06                             Mary Alice Theiler
United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DIRECTING RESPONSE TO
PLAINTIFF'S MOTION TO LIFT STAY
PAGE -2