UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| CURTIS S. THOMPSON, | ) | CASE NO. C05-2064-JLR-MAT |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER RE: PLAINTIFF'S MOTION TO COMPEL AND DEFENDANTS' JOINDER IN MOTION TO CONSOLIDATE |
| SCOTT O'TOOLE, et al., | ) | |
| Defendants. | ) | |

This is a civil rights action brought under 42 U.S.C. § 1983. This matter comes before the Court at the present time on plaintiff's motion to compel discovery and on defendants' request to join in a motion to consolidate filed in cause number C08-1065-JCC-JPD. This Court, having reviewed the record, does hereby ORDER as follows:

(1) Plaintiff's motion to compel discovery (Dkt. 130) is STRICKEN. Plaintiff, by way of the instant motion, seeks to compel the production of all prior complaints and investigations against the named defendants or the King County Jail.

Plaintiff's "motion" is, in effect, a discovery request. Discovery requests must be made in accordance with the rules set forth in the Federal Rules of Civil Procedure. There is

no provision in those rules for seeking discovery, in the first instance, by way of a motion to compel.   In fact, motions to compel are reserved for instances where a dispute arises in relation to a proper discovery request and the parties have already made a good faith effort to resolve the dispute.  *See* Local Rule CR 37.   Plaintiff makes no showing that he has either made a proper discovery request or that he has made any effort to resolve this issue with counsel for defendants.   Plaintiff's motion is therefore not properly before the Court.

(2) Defendants' request to join in the motion to consolidate filed in case number C08-1065-JCC-JPD (Dkt. 132) is STRICKEN.  Defendants seek to join in a motion to consolidate which was filed by the defendants in a separate civil rights action initiated by plaintiff and currently pending in this court.   By Order dated July 27, 2009, the Honorable James P. Donohue, United States Magistrate Judge, denied the motion to consolidate which was filed in C08-1065-JCC-JPD.   Accordingly, defendants' pending request to join in that motion is moot.

(3) The Clerk shall send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable James L. Robart.

DATED this 26th day of August, 2009.

Mary Alice Theiler
United States Magistrate Judge