UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CURTIS S. THOMPSON, | ) | CASE NO. C05-2064-JLR-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER STAYING ACTION AND |
| | ) | VACATING PRETRIAL |
| OFFICER BURACH, et al., | ) | SCHEDULING ORDER |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This is a civil rights action brought under 42 U.S.C. § 1983. On June 24, 2009, the Court received from plaintiff a letter in which he indicated that he would soon be transferred from the King County Jail to the Washington Department of Corrections. (*See* Dkt. 129.) Plaintiff requested therein that the Court refrain from sending him any legal papers until he notified the Court that he had arrived at his permanent facility. Plaintiff's letter was filed in this action and in another pending action, C08-1065-JCC-JPD. The Court, in cause number C08-1065-JCC-JPD, construed plaintiff's June 24, 2009, letter as a motion for a temporary stay and ordered that that action be stayed pending plaintiff's transfer to a permanent location within the Washington Department of Corrections. (C08-1065, Dkt. 35.) The Court also ordered that the pretrial scheduling order be vacated. (*Id.*)

On September 14, 2009, this Court received a request from defendants to stay the instant

01 action and to vacate the current pretrial scheduling order. (*See* Dkt. 135.) Defendants' noted

02 therein the Order issued in cause number C08-1065-JCC-JPD and the impracticality of

03 proceeding with this action, which currently has a discovery deadline of October 12, 2009,

04 while plaintiff is in transit. (*Id.*) As it appears that it would, in fact, be impractical for this

05 action to go forward at the present time, a temporary stay is warranted.

06     Accordingly, the Court does hereby ORDER as follows:

07     (1) This action is STAYED pending plaintiff's transfer to his designated facility,

08 and the current pretrial scheduling order (Dkt. 128) is VACATED. Plaintiff is instructed to

09 notify the Court and defendants' counsel of his current address immediately upon arrival at his

10 permanent location. The parties are advised that the current stay will remain in effect for ***not***

11 ***longer than sixty (60) days*** from the date of this Order. If plaintiff fails to provide the Court

12 and defendants' counsel with a current address within this time period, the Court will

13 recommend dismissal of the instant action for failure to prosecute.

14     (2) The Clerk shall send copies of this Order to plaintiff at the Washington

15 Corrections Center in Shelton, Washington[1], to counsel for defendants, and to the Honorable

16 James L. Robart.

17     DATED this 15th day of September, 2009.

                                 Mary Alice Theiler
                                 United States Magistrate Judge

---

[1] Plaintiff indicates in his June 24, 2009, letter that his Department of Corrections (DOC) number is 299085. Mail addressed to plaintiff at any DOC facility must clearly identify that number.