UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CURTIS S. THOMPSON, | ) | CASE NO. C05-2064-JLR-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DIRECTING CLERK TO |
| | ) | RE-SEND ORDER TO PLAINTIFF |
| OFFICER BURACH, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On December 7, 2009, this Court issued an Order directing plaintiff to show cause why this action should not be dismissed for failure to prosecute. (Dkt. 137.) The Court directed that plaintiff respond to the Order not later than December 28, 2009, and directed the Clerk to send a copy of the Order to plaintiff at the Washington Corrections Center. (*Id.*) A review of the record suggests that the Order was not mailed to plaintiff at the Washington Corrections Center as directed, but was instead mailed to plaintiff at his address of record, the King County Jail. (*See* Dkt. 138.)

As it appears, plaintiff never received a copy of the Court's Order to Show Cause, the Court does hereby Order as follows:

ORDER DIRECTING CLERK TO
RE-SEND ORDER TO PLAINTIFF
PAGE -1

01  (1)  The Clerk shall re-send the December 7, 2009, Order to Show Cause to plaintiff
02 at the Washington Corrections Center.  The Clerk should note that plaintiff's Washington
03 Department of Corrections number is 299085 and should include that number on the mail
04 directed to plaintiff.

05  (2)  Plaintiff is directed to respond to the Order to Show Cause not later than **thirty**
06 **(30) days** from the date on which this Order is signed.  Plaintiff is advised that his failure to
07 timely respond to this Order to Show Cause will result in a recommendation that this action be
08 dismissed for failure to prosecute.

09  (3)  The Clerk of Court is directed to send copies of this Order to counsel for
10 defendants and to the Honorable James L. Robart.

11  DATED this 26th day of January, 2010.

_____
Mary Alice Theiler
United States Magistrate Judge