01
02
03
04
05

06          UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
07                     AT SEATTLE

08 CURTIS S. THOMPSON,                )
                                      )
09         Plaintiff,                 )   CASE NO.  C05-2064-JLR-MAT
      v.                              )
10                                    )
   OFFICER BURACH, *et al*.,          )   ORDER STRIKING PLAINTIFF'S
11                                    )   MOTION TO SUPPLEMENT
           Defendants.                )   COMPLAINT
12 _____  )

13      This is a civil rights action filed under 42 U.S.C. § 1983.  This matter comes before the

14 Court at the present time on plaintiff's motion for leave to supplement his complaint.  The

15 Court, having reviewed plaintiff's motion, and the balance of the record, does hereby ORDER

16 as follows:

17      (1)    Plaintiff's motion for leave to supplement his complaint (Dkt. No. 157) is

18 STRICKEN.  Plaintiff, by way of the instant motion, seeks to add a new defendant to this

19 action.  Thus, plaintiff's motion is, effectively, one for leave to amend.  Plaintiff has

20 previously been advised that any request to amend must be accompanied by a proposed

21 amended complaint and that any such motion not accompanied by a proposed amended

22 complaint would be stricken.  (*See* Dkt. Nos. 108 and 156.)  Plaintiff may not circumvent the

ORDER STRIKING PLAINTIFF'S
MOTION TO SUPPLEMENT
COMPLAINT - 1

requirement that he submit a proposed amended complaint simply by identifying his motion as something other than a motion to amend.

(2)   Plaintiff also requests appointment of counsel in the motion now pending before the Court. Plaintiff has previously been advised that there is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983. Although the Court, under 28 U.S.C. § 1915(e)(1), can request counsel to represent a party proceeding *in forma pauperis*, the Court may do so only in exceptional circumstances. *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986); *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984); *Aldabe v. Aldabe*, 616 F.2d 1089 (9th Cir. 1980). A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. *Wilborn*, 789 F.2d at 1331. Plaintiff has not demonstrated that this case involves exceptional circumstances which warrant the appointment of counsel and, thus, plaintiff's request for appointment of counsel is DENIED.

(3)   The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable James L. Robart.

DATED this 31st day of January, 2011.

Mary Alice Theiler
United States Magistrate Judge

ORDER STRIKING PLAINTIFF'S
MOTION TO SUPPLEMENT
COMPLAINT - 2